395 A.2d 1001

Wright v. Wright, Appellant.

Argued September 14, 1978. E. Petry, with him Morton A. Cohen, for appellant; Joseph P. Zawrotny, submitted a brief for appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Decree affirmed.